1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK,** An Individual<br><br>            **Plaintiffs,**<br>     v.<br><br>**SEABREEZE BOOKS AND CHARTS, A** California Corporation, d.b.a. **SEABREEZE BOOKS AND CHARTS** a.k.a. **SEABREEZE LIMITED; DEMENTIA TRUST, dated 12-04-97;** And **DOES 1 THROUGH 10, Inclusive**<br><br>        **Defendants.** | Case No.: 06cv1818 H (RBB)<br><br>**ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

    **IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by Plaintiffs 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual, Plaintiffs, and Defendants SEABREEZE BOOKS AND CHARTS, A California Corporation, d.b.a. SEABREEZE BOOKS AND CHARTS a.k.a. SEABREEZE LIMITED; and

1  DEMENTIA TRUST, dated 12-04-97 on the other hand, through their respective attorneys of
2  record that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case
3  Number: 06cv1818 H (RBB). Additionally, Plaintiffs' Complaint is dismissed with prejudice in
4  its entirety.

6  **IT IS SO ORDERED.**

8  Dated: December 29, 2006

    _____
9   HONORABLE MARILYN L. HUFF
    UNITED STATES DISTRICT COURT JUDGE